IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DBH TRUST, )
)
Plaintiff, )
)
v. ) No. 06-219C
) (Judge Hewitt)
)
THE UNITED STATES, )
)
Defendant. )

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of SHALOM BRILLIANT as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U. S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

Dated: April 5, 2006

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Tele: (202) 305-7562
Fax: (202) 305-7643