# In the United States Court of Federal Claims

No. 06-219 C

(E Filed: November 9, 2006)

DBH Trust,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is a Joint Motion for the Stay of Proceedings, filed on May 19, 2006. For the reasons stated therein, the motion is GRANTED. Proceedings in this case are stayed until 14 days after the conclusion of Alternative Dispute Resolution.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge